FILED

APR 2 7 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRANDON W. HALL,             )
                                     )       Civil No. 09-1457-PK
              Plaintiff(s),   )
                                     )       **ORDER**
                   v.           )
                                     )
MARK NOOTH,              )
                                   )
             Defendant(s).  )

Based on the record,

IT IS ORDERED that Petitioner's unopposed Motion for Voluntary Dismissal of Petition [31-1]

is GRANTED and this action is DISMISSED.

Dated this _26ᵗʰ_ day of April, 2011.

by _____

Anna J. Brown
United States District Judge